■ MICHAEL HOOPER, Doing Business as HOOPER REALTY, Appellant, v NIAGARA WHEATFIELD CENTRAL SCHOOL DISTRICT, Respondent. [736 NYS2d 923] —Appeal from an order of Niagara County Court (Broderick, Sr., J.), entered August 31, 2000, which reversed a judgment of City Court of City of Niagara Falls (Restaino, J.), entered September 1, 1999, in favor of plaintiff.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Niagara County Court, Broderick, Sr., J. Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Kehoe and Burns, JJ.

■ In the Matter of CANDIDO BAEZ, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [738 NYS2d 616] —CPLR article 78 proceeding transferred to this Court by order of Supreme Court, Wyoming County (Dadd, J.), entered August 24, 2001, seeking to annul a determination of respondent after a Tier II hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.